FILED

2010 Jan-04  PM 04:34
U.S. DISTRICT COURT
N.D. OF ALABAMA



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| ALLSTAR MARKETING GROUP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO.  2:09-CV-0775-SLB |
| | ) | |
| TVWEBCONCEPTS, LLC, and WESLEY SIMS, | ) | |
| | ) | |
| Defendants. | ) | |

## FINDINGS AND CONCLUSIONS

This case is before the court on plaintiff's Materials in Support of Motion for Entry of Default Judgment, which the court deems to be plaintiff's renewed Motion for Entry of Default.  (Doc. 9.)[1]  Pursuant to Rule 55, Federal Rules of Civil Procedure, the court makes the following findings of fact and conclusions of law:

1.  Plaintiff properly served the Summons and Complaint upon defendants on April 23, 2009.  (Doc. 9, Ex. D ¶¶ 3-4.)  To date, defendants have failed to appear, plead, or otherwise defend.

2.  The Affidavit of Conrad Anderson, IV, plaintiff's counsel, states, that neither defendant is an infant or an incompetent person.  (Doc. 9, Ex. D ¶ 7.)

3.  In their well-pleaded Complaint, plaintiff alleges that defendants repeatedly,

---

[1]Reference to a document number, ["Doc. ___"], refers to the number assigned to each document as it is filed in the court's record.

persistently, and intentionally infringed on plaintiff's intellectual property rights,

including the SNUGGIE mark and the AQUA GLOBE mark in violation of 15 U.S.C. §§

1114, 1117, 1125(a), (c)-(d), and Alabama common-law trademark infringement, and

Ala. Code. § 8-12-17.  Because defendants have failed to defend against these allegations

and are in default, the court finds that they have admitted such facts and their liability is

established.  *See Nishimatsu Const. Co., Ltd. v. Houston Nat. Bank*, 515 F.2d 1200, 1206

(5th Cir. 1975),[2] *cited in Cotton v. Massachusetts Mut. Life Ins. Co.*, 402 F.3d 1267, 1278

(11th Cir. 2005).

4.  Plaintiff claims $153,910.00 in damages.[3]  Plaintiff also claims $21,701.50 in

attorneys' fees and $1,003.88, as costs.  A judgment in favor of plaintiff and against

defendants for the sum total of $176,615.38 will be entered contemporaneously with these

Findings and Conclusions.

The Clerk of the Court is **DIRECTED** to serve defendants with a copy of these

Findings and Conclusions at the following addresses:

> TVWebConcepts, LLC
> 2225 5th Street NE
> Birmingham, AL  35215

---

[2]Decisions of the former Fifth Circuit Court of Appeals rendered prior to October 1, 1981, constitute binding precedent in the Eleventh Circuit.  *Bonner v. City of Prichard*, 661 F.2d 1206, 1209 (11th Cir.1981) (en banc).

[3]Plaintiff claims three times its known damages of $17,970 resulting from defendants' infringing conduct, which is $53,910, plus $100,000, the maximum statutory damages, for defendants' registration of the domain name "tvsnuggies.com."

Wesley Sims
5731 Blanford Street
Birmingham, AL  35210

**DONE** this 4th day of January, 2010.

_Sharon Lovelace Blackburn_
SHARON  LOVELACE  BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE